**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No. 8:26-mj-3237-AAS**

**TYLER JACOB FORREST.**
**________________________________/**

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 2.02(c), undersigned counsel and the Office of the Federal Defender move to withdraw as counsel of record for Defendant, Tyler Jacob Forrest, and in support state:

1. On October 28, 2026, initial appearance, this Court appointed Federal Public Defender's Office to represent Mr. Tyler Jacob Forrest. Doc. 9.

2. On November 12, 2026, Private Counsel Mark O'Brien, filed a Notice of Appearance to represent Mr. Forrest. Doc. 15.

3. Undersigned counsel is now moving to withdraw as counsel because counsel Mark O'Brien, Esq., has been appointed. Local Rule 2.02(c) requires that counsel cannot withdraw without leave of court.

4. Mr. Tyler Forrest consents to undersigned counsel withdrawing.

**WHEREFORE**, undersigned counsel moves for an Order allowing undersigned counsel and the Office of Federal Defender to withdraw as counsel of record.

DATED this 12th day of November 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of November 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Mark O'Brien, Esq.

Michael A. Peterson, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender